## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 07/13/26 | **District:** Maryland | **District Case No.:** 1:25-cv-02474-SAG |
|---|---|---|
| ✔ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA   ___ Paper Supp.<br><br>Vols: _____<br><br>Other: _ | **Division:** Northern<br><br>**Caption:**<br>Justin Keller, et al.<br>v.<br>Monroe Capital Corporation, et al. | **4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | ___ No fee required (USA appeal)    ✓ Appeal fees paid in full    ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |

| **District Judge:** Judge Stephanie A. Gallagher | **PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
|---|---|
| **Court Reporter** (list all):<br>Patricia Mitchell<br><br><br><br>**Coordinator**: | **Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>___ In-court hearings held – all transcript not on file<br><br>___ Other: | ✓ Assembled electronic record available upon request<br><br>___ Additional sealed record available upon request<br><br>___ Paper record or supplement available upon request<br><br>___ No in-court hearings held<br><br>___ In-court hearings held – all transcript on file<br><br>✓ In-court hearings held – all transcript not on file<br><br>___ Other: |

Deputy Clerk: Stephanie Savoy        Phone: 410-962-3928        Date: 07/14/26

10/2022